UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. | 5:25-cv-00593-SHK |
| Date: | June 18, 2025 |
| Title: | *Cameron Harrell v. Erika Alvarado, et al.* |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE RE: FILING OF PROOF OF SERVICE**

Under Federal Rule of Civil Procedure ("Rule") 4(l)(1), "[u]nless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit." Fed. R. Civ. P. 4(l)(1).

The instant action was randomly assigned to this Magistrate Judge under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 24-05. Electronic Case Filing Number ("ECF No.") 5. Pursuant to the General Order, the initiating party must serve the Notice and Declination of Consent Form on each newly served party or party added to the case (e.g., intervention) at the time of service of the summons and complaint or other initiating document (e.g., Notice of Removal). See General Order 24-05.

On March 5, 2025, Plaintiff Cameron Harrell ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") in this Federal Court against Erika Alvarado ("Alvarado") and Alexander Viorel Petusan ("Petrusan") (together, "Defendants"). ECF No. 1, Compl. On March 7, 2025, the clerk issued the 21-day summons ("Summons") for service on Defendants. ECF No. 6, Summons.

On May 5, 2025 Plaintiff filed a POS as to Defendant Petrusan. ECF No. 7, POS. However, as of the date of this Order, Plaintiff has not filed a POS as to Defendant Alvarado.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by **June 25, 2025,** why this case should not be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing a POS as to Defendant Alvarado by the date listed above.

**Plaintiff is warned that failure to timely satisfy this OSC will result in the case being dismissed for failure to prosecute and follow Court orders.**

**IT IS SO ORDERED.**

Case 5:25-cv-00593-SHK     Document 10     Filed 06/18/25     Page 2 of 2     Page ID #:32